62890. LOGAN v. THE STATE.

DEEN, Presiding Judge.

This forgery conviction is appealed on the general grounds only. The defendant Logan entered a bank with a check for $545.65 drawn on a mercantile establishment and made out to William L. Simmons. He presented this with a deposit slip for $245.65 in the name of

William L. Simmons stating that he wanted to deposit the check and receive $200.00 in cash. Immediate investigation disclosed that the defendant also had a driver's license and assorted credit cards in the name of William L. Simmons, that this was not the defendant's name, and that the check was a forgery. The defendant gave a lengthy explanation to the effect that an acquaintance whose name he did not know except as "Vince" had proposed that he deposit the check and recover the $200.00 in payment of a poker debt. On later questioning, the defendant also admitted signing the alias "William L. Simmons" to a waiver of Miranda rights but maintained that he was drunk when he did so. The court found against the defendant's purported explanation and returned a judgment of guilty. No error appears. *Harris v. State,* 149 Ga. App. 374 (254 SE2d 518) (1979).

*Judgment affirmed. Banke and Carley, JJ., concur.*

DECIDED NOVEMBER 9, 1981.

*Robert C. Ray,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, R. Andrew Weathers, Assistant District Attorneys,* for appellee.